UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN GROS MARINE, INC.** | * | CIVIL ACTION |
| **KEVIN GROS OFFSHORE, LLC and** | * | |
| **HOUSTON CASUALTY COMPANY,** | * | NO. 11-2340   SEC. "S" |
| | * | |
| **versus** | * | JUDGE MARY ANN VIAL LEMMON |
| | * | |
| **QUALITY DIESEL SERVICE, INC.** | * | MAG. DANIEL E. KNOWLES, III |
| **and TRAVELERS PROPERTY &** | * | |
| **CASUALTY INSURANCE COMPANY** | * | |
| **OF AMERICA** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs Kevin Gros Marine, LLC and its hull insurer, Houston Casualty Company, and move for partial summary judgment concerning the legal effect of a certain "Master Vendor Agreement" entered into between Kevin Gros Marine and Quality Diesel Service on or about February 1, 2009.  Specifically, Plaintiffs seek a determination of: (1) whether the non-exclusive warranty language of the Master Vendor Agreement bars Plaintiffs' claims predicated upon a breach of the warranty of workmanlike performance; and (2) whether the indemnity agreement running in favor of Quality Diesel can be enforced prior to Quality exhausting the insurance it agreed to provide under the Master Vendor Agreement.

Respectfully submitted,

**WAITS, EMMETT & POPP**

BY:s/John F. Emmett_____
    **JOHN F. EMMETT (La. 1861)**
    **RANDOLPH J. WAITS (La. 13157)**
    1515 Poydras Street, Suite 1950
    New Orleans, Louisiana  70112
    Telephone:  (504) 581-1301
    Facsimile:  (504) 585-1796
**Attorneys for Houston Casualty Company**

**HARRIS & RUFTY**

s/Christopher M. Ordoyne
**RUFUS C. HARRIS, III (La. 6638)**
**CHRISTOPHER M. ORDOYNE (La. 34014)**
650 Poydras Street, Suite 2710
New Orleans, LA 70130
Telephone:  (504) 525-7500
Fax:  (504) 525-7222
Attorneys for Kevin Gros Marine, Inc.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record by placing same in the U.S. Mail, properly addressed and postage prepaid, or by filing same using the Court's CM/ECF system, on this 13th day of February 2012.

s/John F. Emmett