UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN GROS MARINE, INC.** | * | **CIVIL ACTION** |
| **KEVIN GROS OFFSHORE, LLC and** | * | |
| **HOUSTON CASUALTY COMPANY,** | * | **NO. 11-2340  SEC. "S"** |
| | * | |
| **versus** | * | **JUDGE MARY ANN VIAL LEMMON** |
| | * | |
| **QUALITY DIESEL SERVICE, INC.** | * | **MAG. DANIEL E. KNOWLES, III** |
| **and TRAVELERS PROPERTY &** | * | |
| **CASUALTY INSURANCE COMPANY** | * | |
| **OF AMERICA** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STATEMENT OF UNCONTESTED MATERIAL FACT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Kevin Gros Marine, LLC and its hull insurer, Houston Casualty Company, and submit their Statement of Uncontested Material Facts in connection with their Motion for Partial Summary Judgment as follows:

1. In early June, 2010, Quality Diesel Service, Inc. performed an in-frame overhaul of the starboard main engine of the M/V CAPT. WHITEY GROS.

2. At all times pertinent, the M/V CAPT. WHITEY GROS was owned and/or operated by plaintiffs Kevin Gros Marine, Inc. and/or Kevin Gros Offshore, LLC.

3. On May 7, 2010, while underway, the starboard main engine of the CAPT. WHITEY GROS failed.

4. The failure occurred when the connecting rod in the No. 3 cylinder of the starboard main engine was ejected through the block.

5. The engine failure caused an ensuring fire in the engine room of the vessel.

6. It is alleged that the cause of the failure was improper torquing of the connecting rod bolts of the No. 3 cylinder of the starboard main engine by Quality Diesel during the June, 2010 in-frame engine overhaul.

7. On February 1, 2009, Quality Diesel and Kevin Gros Marine, Inc. entered into a certain "Master Vendor Agreement."

8. A true and correct copy of that "Master Vendor Agreement" is attached to Plaintiffs' Memorandum in Support as Exhibit 1.

9. A true and correct copy of the comprehensive general liability policy issued to Quality Diesel Service at the time of the loss has been filed into the record as R.Doc. 6-1.

Respectfully submitted,

**WAITS, EMMETT & POPP**

BY: s/John F. Emmett_____
   **JOHN F. EMMETT (La. 1861)**
   **RANDOLPH J. WAITS (La. 13157)**
   1515 Poydras Street, Suite 1950
   New Orleans, Louisiana 70112
   Telephone: (504) 581-1301
   Facsimile: (504) 585-1796
**Attorneys for Houston Casualty Company**

**HARRIS & RUFTY**

s/Christopher M. Ordoyne_____
**RUFUS C. HARRIS, III (La. 6638)**
**CHRISTOPHER M. ORDOYNE (La. 34014)**
650 Poydras Street, Suite 2710
New Orleans, LA 70130
Telephone: (504) 525-7500
Fax: (504) 525-7222
Attorneys for Kevin Gros Marine, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record by placing same in the U.S. Mail, properly addressed and postage prepaid, or by serving same using the Court's CM/ECF system, on this 13th day of February 2012.

s/John F. Emmett_____