## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEVIN GROS MARINE, INC.** | * | **CIVIL ACTION** |
| **KEVIN GROS OFFSHORE, LLC** and | * | |
| **HOUSTON CASUALTY COMPANY,** | * | **NO. 11-2340   SEC. "S"** |
| | * | |
| **versus** | * | **JUDGE MARY ANN VIAL LEMMON** |
| | * | |
| **QUALITY DIESEL SERVICE, INC.** | * | **MAG. DANIEL E. KNOWLES, III** |
| and **TRAVELERS PROPERTY &** | * | |
| **CASUALTY INSURANCE COMPANY** | * | |
| **OF AMERICA** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs will submit the foregoing "Motion for Partial Summary Judgment" for decision on the 14th day of March, 2012, at 10:00 a.m.

Respectfully submitted,

**WAITS, EMMETT & POPP**

BY: s/John F. Emmett
**JOHN F. EMMETT (La. 1861)**
**RANDOLPH J. WAITS (La. 13157)**
1515 Poydras Street, Suite 1950
New Orleans, Louisiana  70112
Telephone:  (504) 581-1301
Facsimile:  (504) 585-1796
**Attorneys for Houston Casualty Company**

**HARRIS & RUFTY**

s/Christopher M. Ordoyne
**RUFUS C. HARRIS, III (La. 6638)**
**CHRISTOPHER M. ORDOYNE (La. 34014)**
650 Poydras Street, Suite 2710
New Orleans, LA 70130
Telephone:  (504) 525-7500
Fax:  (504) 525-7222
Attorneys for Kevin Gros Marine, Inc.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record by placing same in the U.S. Mail, properly addressed and postage prepaid, or by serving same using the Court's CM/ECF system, on this 13th day of February 2012

s/John F. Emmett