# WARRANTY

August 1, 2004

Quality Diesel Service, Inc. hereinafter referred to as the Seller, hereby guarantees against any defects, failures, breakdown or deterioration (other than ordinary wear and tear), in workmanship or materials, produced or furnished by Seller pursuant to its quotation covering the sale of rebuilt diesel engines, according to the following terms and conditions:

The guarantee period hereunder shall be a period of 12 months shop or 6 months field beginning from the date of initial start-up of the equipment. The Purchaser shall notify Seller, in writing, of any defect in material or workmanship as set forth herein, within fifteen days after such defect has been discovered, setting out in such notification the specific defect, and a request that it be corrected. Seller shall be given an opportunity to inspect the guarantee defect or damage before it is remedied. The Purchaser agrees to assume the burden of proving the existence of a guaranteed defect and the burden of proving that any such defect occurred within the guaranteed period. The Seller shall be given complete access to the equipment for the purpose of verifying the existence of the guaranteed defect and of determining Seller's obligation to correct it.

Seller's obligation under this guarantee shall be to deliver without charge F.O.B. Seller's plant replacement parts of first class material and workmanship. Seller reserves the right to request Purchaser to return to the Seller, with transportation charges prepaid, the part or parts which are claimed to be defective.

This guarantee specifically does not apply to any defect or failure caused by the misalignment of any attachment or attachments installed by Purchaser, nor to any part which has been repaired by persons other than the Seller. Additionally, Seller shall not be responsible for the cost of correcting any defect to the extent that such defect is due to ordinary wear and tear, nor to the extent caused or increased during guarantee period by the negligence or other improper act of the Purchaser or operator of the equipment, or of any other person other than the Seller.

Furthermore, the guarantee shall not apply to any part that has been subjected to other than normal use and service for which it was designed and intended.

The liability of the Seller to the Purchaser under this agreement on account of any such guaranteed defect shall not extend beyond the actual repair or replacement thereof, as set forth herein. Seller shall not be liable to the Purchaser for any damage to any vessel, vehicle or other equipment, in which it is installed or to such vessels, equipment or cargo, or other property of the Purchaser, or for consequential damages of the Purchaser arising out of any such guarantee defect.

EXHIBIT B

Page 2 of Warranty

The warranties and guarantees set forth in this section are intended as the exclusive remedy of the Purchaser against Quality Diesel Service, Inc. for any guarantee deficiency or damages, whether in contract or tort, or otherwise and /or in lieu of all implied warranties, included but not limited to any implied warranties of merchants ability, fitness for a particular purpose and workman-like services.

### Field Overhaul Warranty:

Under normal operation, we will give you a 6 month warranty on wear parts, 90 days on components, 30 days on external leaks and labor. Customer pays for mileage, travel time, expenses, overtime and all waiting time. ***Warranty is non-transferable***

### Shop Overhaul Warranty:

Under normal operation, we will give you a 12 month warranty on wear parts, 90 days on components, 30 days on external leaks and labor. Customer pays for mileage, travel time, expenses, overtime and all waiting time. ***Warranty is non-transferable***.