UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN GROS MARINE, INC.,                   CIVIL ACTION
KEVIN GROS OFFSHORE, LLC and
HOUSTON CASUALTY COMPANY                   NO.:  2:11-CV-02340

versus                                     JUDGE MARY ANN VIAL LEMMON

QUALITY DIESEL SERVICE, INC.               MAG. DANIEL E. KNOWLES, III
and TRAVELERS PROPERTY &
CASUALTY INSURANCE COMPANY
OF AMERICA

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendant, Quality Diesel Service, Inc., bring the attached

Motion for Summary Judgment on Hold Harmless Provision of Master Vendor Contract against

Kevin Gros Offshore, LLC to be brought for hearing before the Honorable Mary Ann Vial

Lemmon, United States District Court for the Eastern District of Louisiana, U. S. Courthouse, on

the 21st day of March, 2012, at 10:00 a.m. or as soon thereafter as the Court's docket permits.

Respectfully submitted,

**KEAN MILLER LLP**

_____
**BRADLEY J. SCHLOTTERER (#24211)**
**SEAN T. McLAUGHLIN (#31870)**
**TOD J. EVERAGE (#32445)**
909 Poydras Street, Suite 1400
New Orleans, LA  70112
Telephone:  (504) 585-3050
Facsimile:  (504) 585-3051
Email: brad.schlotterer@keanmiller.com
Email: sean.mclaughlin@keanmiller.com
Email: tod.everage@keanmiller.com
*Attorneys for Quality Diesel Service, Inc.*
=*and*=

2876794_1.DOCX

**KENNETH J. GELPI, JR., T.A., (#24103)**
**RONALD J. KITTO (#28638)**
**A. GORDON GRANT, JR. (#6221)**
**MONTGOMERY BARNETT, L.L.P.**
3300 Energy Centre
1100 Poydras Street,
New Orleans, LA 70163
Telephone:     (504) 585-3200
Facsimile      (504) 585-7688
E-mail: kgelpi@monbar.com
        rkitto@monbar.com
        ggrant@monbar.com
*Attorneys for St. Paul Fire & Marine*
*Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2012, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

**BRADLEY J. SCHLOTTERER**