UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN GROS MARINE, INC., KEVIN GROS OFFSHORE, LLC and HOUSTON CASUALTY COMPANY | CIVIL ACTION<br><br>NO.: 2:11-CV-02340 |
| versus | JUDGE MARY ANN VIAL LEMMON |
| QUALITY DIESEL SERVICE, INC. and TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY OF AMERICA | MAG. DANIEL E. KNOWLES, III |

## **STATEMENT OF UNCONTESTED FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Quality Diesel Service, Inc. (hereinafter "Quality Diesel"), which submits the following Statement of Uncontested Material Facts in support of its Motion for Summary Judgment as to whether Kevin Gros Marine, Inc. and Kevin Gros Offshore, LLC's (collectively "Kevin Gros") claims should be dismissed under the Hold Harmless Provision of the Master Vendor Contract:

1. On or before February 1, 2009, Kevin Gros required Quality Diesel to execute a Master Vendor Contract ("MVC") in order for Quality Diesel to continue to enjoy Kevin Gros as a customer;

2. The MVC is a Kevin Gros form and the terms were not negotiated by Quality Diesel;

3. The MVC requires Kevin Gros to defend, indemnify and hold Quality Diesel harmless from any claims or lawsuits in favor of any person or party for damage to property of Kevin Gros which may be alleged to have arisen out of or is incident to, directly or indirectly, the work performed and/or the services rendered under the MVC, even though caused by the negligence of Quality Diesel;

4. The MVC is clear and unambiguous;

5. The MVC was in force and effect during the overhaul of the main engines of the M/V CAPT. WHITEY GROS;

6. The work performed by Quality Diesel at the overhaul constitutes work performed and/or services rendered under the MVC;

7. The instant lawsuit seeks damages directly and indirectly related to damage to Kevin Gros' own property, i.e., the M/V CAPTAIN WHITEY GROS, alleged to have arisen out of work done and/or services rendered by Quality Diesel in the June 2010 overhaul.

Respectfully submitted,

KEAN MILLER LLP

*/s/ Bradley J. Schlotterer*

BRADLEY J. SCHLOTTERER (#24211)
SEAN T. McLAUGHLIN (#31870)
TOD J. EVERAGE (#32445)
909 Poydras Street, Suite 1400
New Orleans, LA  70112
Telephone:  (504) 585-3050
Facsimile:   (504) 585-3051
Email: brad.schlotterer@keanmiller.com
Email: sean.mclaughlin@keanmiller.com
Email: tod.everage@keanmiller.com
ATTORNEYS FOR QUALITY DIESEL SERVICE, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of March, 2012, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Bradley J. Schlotterer*

BRADLEY J. SCHLOTTERER