UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN GROS MARINE, INC., KEVIN GROS OFFSHORE, LLC and HOUSTON CASUALTY COMPANY | CIVIL ACTION |
| | NO.: 2:11-CV-02340 |
| versus | JUDGE MARY ANN VIAL LEMMON |
| QUALITY DIESEL SERVICE, INC. and TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY OF AMERICA | MAG. DANIEL E. KNOWLES, III |

## **MOTION FOR SUMMARY JUDGMENT ON WARRANTY CLAIMS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Quality Diesel Service, Inc. (hereinafter "Quality Diesel"), which moves this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure, to enter a summary judgment on its behalf against plaintiffs on the following issues:

1.     That the Express Warranty governing the alleged faulty work, which was provided to Kevin Gros Offshore, LLC by Quality Diesel explicitly excludes claims for breach of the implied warranty of workmanlike performance; and

2.     That Kevin Gros' own conduct precludes it from recovering under the implied warranty of workmanlike performance.

The reasons supporting summary judgment on the specific grounds are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

**KEAN MILLER LLP**

**BRADLEY J. SCHLOTTERER (#24211)**
**SEAN T. McLAUGHLIN (#31870)**
**TOD J. EVERAGE (#32445)**
909 Poydras Street, Suite 1400
New Orleans, LA  70112
Telephone:  (504) 585-3050
Facsimile:  (504) 585-3051
Email: brad.schlotterer@keanmiller.com
Email: sean.mclaughlin@keanmiller.com
Email: tod.everage@keanmiller.com
*Attorneys for Quality Diesel Service, Inc.*
     *=and=*
**KENNETH J. GELPI, JR., T.A., (#24103)**
**RONALD J. KITTO (#28638)**
**A. GORDON GRANT, JR. (#6221)**
**MONTGOMERY BARNETT, L.L.P.**
3300 Energy Centre
1100 Poydras Street,
New Orleans, LA 70163
Telephone:     (504) 585-3200
Facsimile       (504) 585-7688
E-mail: kgelpi@monbar.com
          rkitto@monbar.com
          ggrant@monbar.com
*Attorneys for St. Paul Fire & Marine*
*Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2012, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____
**BRADLEY J. SCHLOTTERER**