P. O. Box 1817  
Morgan City, LA 70381

Phone (985) 631-0391  
Fax (985) 631-2046

## Quality Diesel Service, Inc.
*"Service Where It Counts"*

DATE: July 24, 2006  
TO: Kevin Gros Marine  
ATTENTION: Mr. Kevin Gros

QUOTE # 2824

We are pleased to quote the completion of your top overhaul(s) (before failure repair) of your 3606 marine propulsion engine(s) on M/V Mad Hunter using OEM parts.

Overhaul Includes:
- QDS reman cylinder heads
- QDS reman turbocharger cartridge
- QDS reman water pumps
- QDS reman fuel injectors
- QDS reman oil pump
- QDS reman fuel pump
- Cleaning your aftercooler core
- New water & oil temperature regulators
- New crankcase breathers
- New fuel, oil and air filters
- All necessary gaskets and seals
- Test run engine after repairs

Available At An Additional Cost:
- Cylinder head castings
- Turbo housings, wheels, nozzles
- Turbo wheel and shafts
- Aftercooler core(s)
- Waiting time

We can furnish the above for $ **86,000.00** per engine, based on twelve hours per day. Customer pays for all waiting time and all applicable taxes. This quote is valid for thirty days. Please feel free to contact me if I can be of any further assistance.

This proposal shall remain for thirty (30) days. We have proposed based on information furnished to us by the customer. The following proposed work will commence upon receipt of signed proposal and purchase order number.

All materials are guaranteed to be as specified. All work is to be completed in a workmanlike manner according to standard practices. Any alteration in fabrication or additional repairs would be agreed upon, and charged accordingly.

### **WARRANTY**

Under normal operation, we will give you a twelve month warranty on wear parts, six month warranty on labor, & 30 days on external leaks. Customer pays for mileage, travel time, expenses, overtime, all waiting time and applicable taxes. ***Warranty is non-transferable***

### ACCEPTANCE

The above total sum, specifications and conditions are satisfactory and are hereby accepted. You are authorized to perform this work as specified. Payment will be made as outlined in terms above.

_____   7/24/06  _____  
Customer Signature          Date of acceptance       Purchase Order

Thank you for your request and we hope to have the opportunity to service you.  
Sincerely,

Jason P. Bourgeois / General Manager


EXHIBIT D