KEVIN GROS OFFSHORE, LLC
P.O. BOX 1412
LAROSE, LA 70373
PHONE NO. (985) 798-7607
FAX NO. (985) 798-7948

May 9, 2011

Quality Diesel Service, Inc.
P.O. Box 1817
Morgan City, LA 70381-1817

RE: Kevin Gros Offshore, LLC, Kevin Gros Marine, Inc.
M/V "CAPTAIN WHITEY GROS"
Starboard engine claim, Joint Survey

To Whom it May Concern:

Kevin Gros Offshore, LLC, etal holds Quality Diesel Service, Inc. responsible and liable for all damages, expenses and loss of revenue resulting from damage to starboard engine on vessel "CAPTAIN WHITEY GROS". Loss occurred May 7, 2011. Vessel is currently being towed in route to Bollinger Shipyard in Larose, LA. Estimated arrival late Tuesday night, May 10, 2011 or early Wednesday morning, May 11, 2011.

Kevin Gros is represented surveying firm Rivers & Gulf Marine Surveyors, Inc. Phone no. (504) 347-4637. Surveyor Danny Blanchard will be representing Kevin Gros Offshore. He can be reached at cell no. (504) 722-9990 or office (504) 347-4637.

You are invited to attend a joint survey of vessel damage prior to any repairs and invite you to have a surveyor there as well. Survey is scheduled for 9:00am on Wednesday, May 11, 2011 at Bollinger Shipyard in Larose, LA. If further discussion is needed, please call surveyor Danny Blanchard or Jerry Marcello at Marcello Agency cell no. (985) 226-0030 or office (985) 532-5384.

Sincerely,

Captain A.J. Cantrelle, Jr.
General Manager
Kevin Gros Offshore, LLC

**EXHIBIT E**