P. O. Box 1817
Morgan City, LA  70381
(985) 631-0391

9518 Hwy 182 East
Amelia, La  70340
(985) 631-2046 Fax

## Quality Diesel Service, Inc.

*"Service Where It Count*

May 11, 2011

Kevin Gros Offshore
P. O. Box 1412
Larose, La  70373

Re: Kevin Gros Offshore, LLC
      M/V "Captain Whitey Gros"

To Whom It May Concern:

Quality Diesel Service, Inc denies any and all liability for all damages, expenses
and loss revenue resulting from damage to the starboard engine on the vessel
"Captain Whitey Gros".  The engine was short overhauled at Kevin Gros Offshore's
request and all parts and labor were warranted for the six month period thereafter.
The express warranty expired on December 4, 2010, making the engine approximately
five (5) months out of warranty when the failure occurred.

Please find attached copy of Quality Diesel Service warranty policy.

If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Jason P. Bourgeois, President
Quality Diesel Service, Inc.
9518 Hwy 182 East
Amelia, La 70340
985-631-0391
985-397-0299 cell

